

**IT IS ORDERED as set forth below:**

**Date: March 28, 2024**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Tawanna Savage,<br>　　　　　Debtor. | CASE NO. 23-60775-TJ23<br><br>CHAPTER 7 |
| Tawanna Savage,<br>　　　　　Plaintiff,<br>v.<br><br>PennyMac Loan Services, LLC,<br>　　　　　Defendant. | ADVERSARY PROCEEDING<br>NO. 24-05058 |

## ORDER DISMISSING ADVERSARY PROCEEDING

The Debtor's Bankruptcy Case No. 23-6077-TJ23 was dismissed on March 27, 2024. This

adversary proceeding was filed on March 21, 2024. Generally, "federal jurisdiction is premised

upon the nexus between the underlying bankruptcy case and the related proceedings." In re Statistical Tabulating Corp., 60 F.3d 1286, 1289 (7th Cir. 1995). Thus, dismissal of a bankruptcy case usually results in dismissal of all remaining adversary proceedings, although the Court may in its discretion retain jurisdiction over pending adversary proceedings. In re Millenium Seacarriers, Inc., 458 F.3d 92, 96 (2d Cir. 2006). "In deciding whether to retain jurisdiction, a court is to consider four factors—namely, 'judicial economy, convenience to the parties, fairness and comity.'" Id.

The Court has reviewed the docket and filings in this adversary proceeding. The Complaint disputes the Defendant's claim in the underlying bankruptcy case due to various allegations of violations under federal law including the Real Estate Settlement Procedures Act and Fair Debt Collection Practices Act. In light of the dismissal of the underlying bankruptcy case, and as a matter of judicial economy, convenience to the parties, fairness and comity, the Court concludes that this adversary proceeding should be dismissed. Tawanna Savage is no longer a Debtor in bankruptcy. There is no reason to retain jurisdiction over this adversary proceeding.   Accordingly, it is

**ORDERED** that this adversary proceeding is hereby **DISMISSED**.

## **END OF DOCUMENT**

**Distribution list**

Tawanna Savage
2254 Old Salem Rd, SE
Conyers, GA 30013

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

PennyMac Loan Services, LLC
Evan Owens Durkovic
Aldridge Pite, LLP
Six Piedmont Center, Ste 700
Atlanta, GA 30305